UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BRANDON SAMPLE, ESQ, ET AL.          )

     Plaintiffs,                                    )          No.     20-2959

v.                                                       )

FEDERAL BUREAU OF PRISONS,       )

     Defendant.                                   )

## **NOTICE OF DISMISSAL**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), this action is hereby dismissed without prejudice.

Respectfully submitted,

/s/Brandon Sample
Brandon Sample
E-mail: Brandon@brandonsample.com
Bar ID: TX0144
Brandon Sample PLC
P.O. BOX 250
Rutland, VT 05702
Tel: 802-444-4357
https://brandonsample.com/
https://sentencing.net

*Counsel for Brandon Sample, Esq.*
*and Brandon Sample PLC*